## COSTA *et al.* *v.* PHILLIPS & COMPANY *et al.*

LUMPKIN, P. J.   The motion for a new trial contains no ground involving any legal question of sufficient merit or importance to require special notice; the evidence warranted the verdict; the trial judge was satisfied with the same; and the record does not disclose any abuse of discretion in denying a new trial.   *Judgment affirmed.   All the Justices concurring.*

Argued January 19, — Decided March 3, 1897.

Equitable petition.    Before Judge Lumpkin.    Fulton superior court.    September term, 1895.

*Robert J. Jordan*, for plaintiffs in error.
*Glenn & Rountree, Maddox & Terrell*, and others, contra.